EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Alfredo Berríos Pérez | 2008 TSPR 49<br><br>173 DPR \_\_\_\_ |

Número del Caso: TS-5852

Fecha: 17 de marzo de 2008

Abogado de la Parte Peticionaria:

Por Derecho Propio

Materia: Reinstalación al ejercicio de la notaría

Este documento constituye un documento oficial del Tribunal
Supremo que está sujeto a los cambios y correcciones del
proceso de compilación y publicación oficial de las
decisiones del Tribunal. Su distribución electrónica se hace
como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Alfredo Berríos Pérez                    TS-5852

RESOLUCIÓN

San Juan, Puerto Rico, a 17 de marzo de 2008.

Examinada la Solicitud de reinstalación a ejercer la notaría presentada por el Lcdo. Alfredo Berríos Pérez, se autoriza la reinstalación del licenciado Berríos Pérez al ejercicio de la notaria, efectivo inmediatamente.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Hernández Denton no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo